COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Stephanie Montagne Zoanni v. Lemuel David Hogan

Appellate case number:   01-16-00584-CV

Trial court case number: 2010-34811-B

Trial court:             246th District Court of Harris County

Date motion filed:       July 28, 2018

Party filing motion:     Appellee, Lemuel David Hogan

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Jennifer Caughey
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Jennings, J., dissenting from the denial of en banc reconsideration.

Date: September 6, 2018